8/27/08 1:18PM

B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Eastwood, Elizabeth Marie** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8709** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2337 Wyckwood Drive**<br>**Aurora, IL**<br>ZIP Code **60506** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11        of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition<br>                        of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Eastwood, Elizabeth Marie** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Eastwood, Elizabeth Marie**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Elizabeth Marie Eastwood**
Signature of Debtor  **Elizabeth Marie Eastwood**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 27, 2008**
Date

#### Signature of Attorney*

X **/s/ G. Alexander McTavish**
Signature of Attorney for Debtor(s)

**G. Alexander McTavish**
Printed Name of Attorney for Debtor(s)

**Myler, Ruddy & McTavish**
Firm Name

**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**
Address

**amctavish@mrmlaw.com  cmyler@mrmlaw.com**
**630-897-8475  Fax: 630-897-8076**
Telephone Number

**August 27, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Elizabeth Marie Eastwood**                                           Case No. _____

                                           Debtor(s)        Chapter        **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ Elizabeth Marie Eastwood**
                 **Elizabeth Marie Eastwood**
Date:   **August 27, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Elizabeth Marie Eastwood**                                          ,    Case No. _____

                                                    Debtor

                                                                            Chapter                    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 170,000.00 | | |
| B - Personal Property | Yes | 4 | 8,300.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 326,246.51 | |
| E - Creditors Holding Unsecured Priority Claims   (Total of Claims on Schedule E) | Yes | 2 | | 542,892.24 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 2,659,245.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,160.81 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| | | Total Assets | 178,300.00 | | |
| | | | Total Liabilities | 3,528,383.90 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Elizabeth Marie Eastwood**  _____,    Case No. _____

Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   **Elizabeth Marie Eastwood**                                              ,     Case No. _____
                                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Personal Residence**<br>**2337 Wyckwood Drive**<br>**Aurora, Illinois  60506**<br>**Debtor's 50% interest** | **Fee simple** | **J** | **170,000.00** | **326,246.51** |

|  |  |  |
|---|---|---|
| Sub-Total > | **170,000.00** | (Total of this page) |
| Total > | **170,000.00** |  |

___**0**___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Elizabeth Marie Eastwood**                                          ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account**<br>**Old Second National Bank of Aurora**<br>**37 S. River St**<br>**Aurora, IL 60507** | W | 100.00 |
| | | **Checking account**<br>**West Suburban Bank**<br>**2000 W Galena Blvd**<br>**Aurora, IL 60507**<br>**Debtor's 50% interest** | J | 150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture and furnishings**<br>**Debtor's 50% interest** | J | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | **Miscellaneous jewelry**<br>**Nothing of significant value** | W | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life insurance policy**<br>**Equitable Life Insurance Co**<br>**Policy has lapsed for nonpayment of premiums;**<br>**policy had a cash value of approximately $2000 that**<br>**the debtor believes is no longer available** | J | 0.00 |

Sub-Total >    **1,250.00**
(Total of this page)

___3___    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Elizabeth Marie Eastwood**                                    ,      Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **51% of the common stock of B.E.S.C.R., Inc., an Illinois corporation dba Eastwood-Stein Deposition Management**<br><br>**Company has ceased operations**<br><br>**Assets of the company consist of: accounts receivable in the approximate amount of $800,000; an inventory of transcripts maintained on the Company's computers; miscellaneous computer equipment with a value of approximately $10,000; a customer list; and two claims in favor of the Company against third parties.**<br><br>**Rexford Funding has a blanket security interest in all of the assets of the Corporation and has been collecting the receivables pursuant to its lien. The actual amount of receivables may differ as a result of collections made by Rexford.** | **W** | **0.00** |
| | | **50% membership interest in Eastwood-Stein, LLC, an Illinois limited liability company**<br><br>**Eastwood-Stein, LLC was operated by B.E.S.C.R., Inc.**<br><br>**Its only asset is checking account at Amcore Bank, Kirk Road, Aurora, Illinois showing an overdraft of $500.** | **W** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| | | | Sub-Total > | **0.00** |
| | | | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Elizabeth Marie Eastwood**                                                ,   Case No. _____
                                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Loan due from B.E.S.C.R., Inc. in the approximate amount of $300,000 Uncollectible** | **W** | **0.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **The debtor along with B.E.S.C.R., Inc. is a plaintiff in a lawsuit pending in the Circuit Court for the 16th Judicial Circuit, Kane County, Illinois, No 07 LK 619, for tortious interference of contract and other claims, originally brought against 5 defendants. The collectibility of any judgment that may be entered is extremely doubtful.** | **W** | **Unknown** |
| | | **The debtor along with B.E.S.C.R., Inc. may have a claim against Magna Principals, a consulting/workout company retained by B.E.S.C.R., Inc. at the recommedation of its lender, for breach of contract or negligence in connection with the company's failure to pay payroll taxes for which the debtor may have potential trust fund liability** | **W** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >       **0.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Elizabeth Marie Eastwood**                                                ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Lexus 470 - 90,000 miles<br>Debtor's 50% interest | J | 7,000.00 |
| | | 1994 Toyota Previa<br>Does not run | J | 50.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 7,050.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 8,300.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Elizabeth Marie Eastwood** ,   Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Personal Residence** | **735 ILCS 5/12-901** | **15,000.00** | **340,000.00** |
| **2337 Wyckwood Drive** | | | |
| **Aurora, Illinois  60506** | | | |
| **Debtor's 50% interest** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account** | **735 ILCS 5/12-1001(b)** | **50.00** | **100.00** |
| **Old Second National Bank of Aurora** | | | |
| **37 S. River St** | | | |
| **Aurora, IL 60507** | | | |
| | | | |
| **Checking account** | **735 ILCS 5/12-1001(b)** | **150.00** | **300.00** |
| **West Suburban Bank** | | | |
| **2000 W Galena Blvd** | | | |
| **Aurora, IL 60507** | | | |
| **Debtor's 50% interest** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Furniture and furnishings** | **735 ILCS 5/12-1001(b)** | **500.00** | **1,000.00** |
| **Debtor's 50% interest** | | | |
| | | | |
| **Furs and Jewelry** | | | |
| **Miscellaneous jewelry** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Nothing of significant value** | | | |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Life insurance policy** | **735 ILCS 5/12-1001(f)** | **100%** | **0.00** |
| **Equitable Life Insurance Co** | | | |
| **Policy has lapsed for nonpayment of premiums;** | | | |
| **policy had a cash value of approximately $2000** | | | |
| **that the debtor believes is no longer available** | | | |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Lexus 470 - 90,000 miles** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **14,000.00** |
| **Debtor's 50% interest** | **735 ILCS 5/12-1001(b)** | **2,800.00** | |

|  | Total: | **21,400.00** | **355,900.00** |

<u>  0  </u>  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Elizabeth Marie Eastwood** ,

Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6663**<br><br>**Amcore Bank**<br>**Mortgage Services Center**<br>**P.O. Box 5452**<br>**Mount Laurel, NJ 08054-5452** | X | J | December, 2006<br><br>**First Mortgage**<br><br>**Personal Residence**<br>**2337 Wyckwood Drive**<br>**Aurora, Illinois  60506**<br>**Debtor's 50% interest** | | | | | |
| | | | Value $         340,000.00 | | | | 282,557.24 | 0.00 |
| Account No. **xxxxxx5579**<br><br>**Washington Mutual**<br>**P.O. Box 78104**<br>**Phoenix, AZ 85062-8104** | X | J | January, 2007<br><br>**Home Equity Credit Line**<br><br>**Personal Residence**<br>**2337 Wyckwood Drive**<br>**Aurora, Illinois  60506**<br>**Debtor's 50% interest** | | | | | |
| | | | Value $         340,000.00 | | | | 43,689.27 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal<br>(Total of this page) | 326,246.51 | 0.00 |
| | Total<br>(Report on Summary of Schedules) | 326,246.51 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re    **Elizabeth Marie Eastwood**                                      Case No. _____
                                                              ,
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    __1__    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Elizabeth Marie Eastwood**                                           ,          Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | 2006-2008 | | | | | |
| California Dept of Revenue EDD P.O. Box 826880 Sacramento, CA 94280 | - | | | Possible claim for trust fund portion of payroll taxes owed by B.E.S.C.R., Inc. No amount has been assessed by the CDOR. Debtor lists this possible claim for disclosure purposes only and denies any liability therefor. Amount is estimated | X | X | X | | **Unknown** |
| | | | | | | | | 67,000.00 | Unknown |
| Account No. | | | | 2006-2008 | | | | | |
| Illinios Dept. of Revenue PO Box 19043 Springfield, IL 62794-9043 | - | | | Possible claim for trust fund portion of payroll taxes owed by B.E.S.C.R., Inc. No amount has been assessed by the IDOR. Debtor lists this possible claim for disclosure purposes only and denies any liability therefor. Amount is estimated | X | X | X | | **Unknown** |
| | | | | | | | | 39,000.00 | Unknown |
| Account No. | | | | 2d, 3d, 4th qtr 2006; 1st, 2d qtr 2007 | | | | | |
| Internal Revenue Service Special Procedures 230 S. Dearborn, Mail Stop 5016CHI Chicago, IL 60604 | - | | | Possible claim for trust fund portion of payroll taxes owed by B.E.S.C.R., Inc. No amount has been assessed by the IRS. Debtor lists this possible claim for disclosure purposes only and denies any liability therefor. Amount is estimated | X | X | X | | **Unknown** |
| | | | | | | | | 436,892.24 | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 542,892.24 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 542,892.24 | 0.00 / 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Elizabeth Marie Eastwood**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**550 Corporate Ctr Investment Grp**<br>**550 West C St**<br>**San Diego, CA 92101** | X | - | | | **2007**<br>**Personal guarantee of business lease for premises at 550 West C St, San Diego, CA** | | | | 38,228.42 |
| Account No.<br><br>**A & E Worldwide**<br>**1200 South Pine Island Road**<br>**Suite 600**<br>**Fort Lauderdale, FL 33324** | | - | | | **Various**<br>**Courier services**<br>**Scheduled for notice purposes only** | X | X | X | 40,000.00 |
| Account No.<br><br>**Amatore & Associates**<br>**120 S. State St**<br>**Suite 400**<br>**Chicago, IL 60603** | X | - | | | **2007**<br>**Potential claim under business lease for premises at 120 S. State St, Chicago, Illinois**<br>**Scheduled for notice purposes only** | X | X | X | 0.00 |
| Account No. xxxxxxxxxx2008<br><br>**American Express**<br>**c/o Becket & Lee**<br>**PO Box 3001**<br>**Malvern, PA 19355** | X | - | | | **2005**<br>**Business Credit Card**<br>**Eastwood-Stein Business Expenses** | X | X | X | 26,999.56 |

___10___  continuation sheets attached

Subtotal
(Total of this page)

105,227.98

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:30779-080701    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth Marie Eastwood**                                         ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx3623 | | | Opened 2/01/89 Last Active 4/05/07 Business Credit Card | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | - | | Eastwood-Stein business expenses | X | X | X | 18,331.00 |
| Account No. xxxxxxxxxxx3625 | | | Opened 2/01/89 Last Active 4/05/07 Business Credit Card | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | - | | Eastwood-Stein business expenses | X | X | X | 8,667.00 |
| Account No. xxxxxxxxxxxxx7292 | | | Opened 4/01/89 Last Active 12/01/01 Business Credit Card | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | - | | Scheduled for notice purposes only | | | | 0.00 |
| Account No. xxxxxxxxxxxxx3713 | | | Opened 9/01/89 Last Active 7/23/06 Business Credit Card | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | - | | Scheduled for notice purposes only | | | | 0.00 |
| Account No. xxxxxxxxxxxxx1692 | | | Opened 12/01/89 Last Active 10/01/06 Business Credit Card | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | - | | Scheduled for notice purposes only | | | | 0.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,998.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth Marie Eastwood**                                    ,      Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxx8051  <br><br>American Express<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern, PA 19355 | | - | | Opened 11/01/89 Last Active 12/01/01<br>Business Credit Card<br>Scheduled for notice purposes only | | | | 0.00 |
| Account No. xxxxxx4468  <br><br>American Express<br>c/o Becket and Lee<br>P.O. Box 3001<br>Malvern, PA 19355 | | - | | Opened 12/1996 Last Active 9/1/2006<br>Business Credit Card<br>Scheduled for notice purposes only | | | | 0.00 |
| Account No. xxxxxx2072  <br><br>American Express<br>C/O Becket and Lee<br>P.O. Box 3001<br>Malvern, PA 19355 | | - | | Opened 5/01/89 Last Active 10/01/05<br>Credit card purchases<br>Scheduled for Notice Purposes Only | | | | 0.00 |
| Account No. xxxx-xxxxxx-x3001  <br><br>American Express Centurion Srvs<br>American Express Tower<br>World Financial Center<br>New York, NY 10285 | X | - | | Various<br>Business credit card<br>Eastwood-Stein business expenses | X | X | X | 26,999.56 |
| Account No. xxxx-xxxxxx-x1000  <br><br>American Express Travel Related Srv<br>American Express Tower<br>World Financial Center<br>New York, NY 10285 | | - | | Various<br>Other Accounts: 3794-786430-616006;<br>3794-786490-6100; 3794-786500-61006<br>Business credit card<br>Eastwood-Stein business expenses | X | X | X | 114,000.00 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**140,999.56**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth Marie Eastwood**                                      ,      Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Aurora Civic Ctr Auth**<br>**8 E. Galena Blvd.**<br>**Suite 230**<br>**Aurora, IL 60506** | | - | | | **2007**<br>**Rent due under business lease for premises at 8 East Galena Blvd., Aurora, Illinois. Scheduled for notice purposes only** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx1119**<br><br>**Bank of America**<br>**Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | | - | | | **2006**<br>**Credit card purchases** | | | | **2,233.18** |
| Account No. **xxxxxxxxxxxx5276**<br><br>**Bank of America (MBNA)**<br>**P.O. Box 17220**<br>**Baltimore, MD 21297-1220** | X | - | | | **2006**<br>**Business Credit Card**<br>**Eastwood-Stein Business Expenses** | X | X | X | **14,938.00** |
| Account No.<br><br>**BTB Capital**<br>**Greg De Vries**<br>**33 N. 1st St, Suite A**<br>**Campbell, CA 95008** | X | - | | | **2006**<br>**Potential claim under business loan to Eastwood-Stein** | X | X | X | **200,000.00** |
| Account No. **xxxxxxx8814**<br><br>**Cap One**<br>**Attn: C/O TSYS Debt Management**<br>**Po Box 5155**<br>**Norcross, GA 30091** | | - | | | **Opened  2/01/03  Last Active  5/22/08**<br>**Credit Card purchases** | | | | **4,818.00** |

Sheet no. __3___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**221,989.18**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth Marie Eastwood**                                                        ,          Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx5630<br><br>**Capital One**<br>**P.O. Box 5294**<br>**Carol Stream, IL 60197-5294** | - | | **2006**<br>**Credit Card purchases** | | | | **4,818.67** |
| Account No.<br><br>**CDW**<br>**300 N. Milwaukee Ave**<br>**Vernon Hills, IL 60061** | X | | **Various**<br>**Business expense**<br>**Scheduled for notice purposes only** | X | X | X | **1,270.00** |
| Account No. xxxxxxx5016<br><br>**Chase**<br>**Attn: Bankruptcy Dept**<br>**Po Box 100018**<br>**Kennesaw, GA 30156** | X - | | **Opened  7/01/02  Last Active  5/14/08**<br>**Business Credit Card**<br>**Eastwood Stein business expenses** | X | X | X | **7,643.00** |
| Account No. xxxxxxx4911<br><br>**Chase**<br>**Attn: Bankruptcy Dept**<br>**Po Box 100018**<br>**Kennesaw, GA 30156** | X - | | **Opened  6/01/07  Last Active  6/30/08**<br>**Business Credit Card**<br>**Eastwood Stein business expenses** | X | X | X | **6,021.00** |
| Account No. xxxxxxxxxxx6878<br><br>**Chase (United Mileage Plus)**<br>**Cardmember Services**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | X - | | **2006**<br>**Business credit card**<br>**Eastwood-Stein Business Expenses** | X | X | X | **7,643.84** |

Sheet no. _**4**___ of _**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,396.51**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth Marie Eastwood**                                                          ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Potential claim under equipment lease to Eastwood-Stein | | | | |
| **CIT Group One CIT Dr Livingston, NJ 07039** | X | - | | | X | X | X | 143,906.60 |
| Account No. | | | | Personal guarantee of equipment lease | | | | |
| **CIT VF Equipment Leasing 2285 Franklin Rd Bloomfield Hills, MI 48302-0364** | X | - | | | | | | 7,101.80 |
| Account No. | | | | Personal guarantee of business lease of premises at 2700 River Rd, Desplaines, IL | | | | |
| **Continental Offices 2700 River Rd Des Plaines, IL 60018** | X | - | | | | | | 11,294.10 |
| Account No. | | | | Personal guarantee of copier lease | | | | |
| **De Lage Landen Financial Service P.O. Box 41601 Philadelphia, PA 19101-1604** | X | - | | | | | | 15,000.00 |
| Account No. | | | | Personal guarantee of computer lease | | | | |
| **Dell Financial Srvcs Payment Processing Ctr 4307 Collection Ctr Dr Chicago, IL 60693** | X | - | | | | | | Unknown |

Sheet no. __5___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

177,302.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth Marie Eastwood**                                          ,   Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxx4500<br><br>Discover Card<br>P.O. Box 30395<br>Salt lake City, UT 84130-0395 | X | - | | 2006 to present<br>Business Credit Card<br>Eastwood Stein business expenses | X | X | X | 1,376.94 |
| Account No. xxxxxxxx7797<br><br>Discover Financial<br>Attention:  Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054 | | - | | Opened 11/01/98  Last Active  4/16/08<br>Credit card purchases | | | | 14,156.00 |
| Account No.<br><br>Edward Foote<br>610 W. Downer Pl.<br>Aurora, IL 60506 | | | | 10/2007<br>Loan | | | | 20,000.00 |
| Account No. xxxxxxxxxxxx9935<br><br>Elan Financial Service<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202 | X | - | | Opened 10/01/87  Last Active  6/30/08<br>Credit card purchases | | | | 9,499.00 |
| Account No. xxxxxxxxxxxx5127<br><br>Elan Financial Service<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202 | X | J | | Opened 10/01/87  Last Active  6/13/08<br>Credit card purchases | | | | 2,391.00 |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,422.94

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elizabeth Marie Eastwood**                                         ,        Case No. _____

                                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Fissinger & Knight**<br>**C/O George P. Galanos**<br>**1301 N. Main Street**<br>**Crown Point, IN 46307** | X | - | | | **2004**<br>**Services** | | | X | 2,500.00 |
| Account No.<br><br>**GE Capital Information Technology**<br>**10 Riverview Drive**<br>**Danbury, CT 06810** | X | - | | | **2006**<br>**Personal guarantee of equipment lease** | | | | 151,093.51 |
| Account No. **xxxxxxxx6536**<br><br>**Gemb/care Credit**<br>**Attn: Bankruptcy**<br>**Po Box 103106**<br>**Roswell, GA 30076** | | - | | | **Opened  7/01/05  Last Active  5/08/07**<br>**Charge account** | | | | 251.00 |
| Account No.<br><br>**Hamilton Communications**<br>**PO Box 555**<br>**Westbrook, CT 06498** | X | - | | | **Business expense**<br>**Eastwood-Stein**<br>**Scheduled for notice purposes only** | X | X | X | 0.00 |
| Account No.<br><br>**Holualo Mission Valley**<br>**c/o So Cal Real Est Service**<br>**15901 Redhill Ave, Ste 205**<br>**Tustin, CA 92780** | X | - | | | **2008**<br>**Personal guarantee of business lease for premises at 2535 Camino Del Rio So, Ste 200, San Diego, CA** | X | X | X | Unknown |

Sheet no. __**7**___ of __**10**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

153,844.51

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth Marie Eastwood**                                                          , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxx2766<br><br>HSBC/BSBuy<br>Po Box 15519<br>Wilmington, DE 19850 | | - | | Opened 4/01/04 Last Active 7/01/08<br>Credit card purchases | | | | 900.00 |
| Account No.<br><br>Kackert Bros. Management<br>C/O James Jensen, Esq.<br>149 S. Lincolnway, Suite 200<br>North Aurora, IL 60542 | X | - | | Judgment for rent under business lease for premises at 1387 Butterfield Rd, Aurora, IL | | | | 36,000.00 |
| Account No.<br><br>Level 3 Comunications<br>Broadwing Communications<br>PO Box 790036<br>Saint Louis, MO 63179-0036 | X | - | | Scheduled for notice purposes only | X | X | X | 0.00 |
| Account No.<br><br>Magna Principals<br>700 Commerce Dr, Ste 500<br>Oak Brook, IL 60523 | X | - | | 2007<br>Potential indemnity under contract | X | X | X | Unknown |
| Account No.<br><br>Ogden & Co<br>1665 N Water St<br>Milwaukee, WI 53202 | X | - | | Potential claim for rent under business lease for premises at 200 E Wisconsin, Milwaukee, WI | X | X | X | 16,702.42 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **53,602.42**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth Marie Eastwood**                                                  ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Personal guarantee of equipment lease | | | | |
| **PAETEC**<br>**600 Willowbrook Office Pk**<br>**Fairport, NY 14450** | X | - | | | | | | | 9,300.00 |
| Account No. | | | | | Personal guarantee of equipment lease | | | | |
| **Pitney Bowes Bank**<br>**PO Box 856042**<br>**Louisville, KY 40285** | X | - | | | | | | | 11,217.00 |
| Account No. | | | | | **2007**<br>**Judgment for rent under lease for premises at 11 S. LaSalle St, Chicago, Illinois** | | | | |
| **Prime LaSalle/Madison Partners**<br>**5076 Paysphere Circle**<br>**Chicago, IL 60674** | X | - | | | | | | | 77,314.00 |
| Account No. | | | | | **9/28/07**<br>**Potential claim under factor agreement with B.E.S.C.R., Inc.** | | | | |
| **Rexford Funding**<br>**2400 N Central  Ave**<br>**Suite 101**<br>**Phoenix, AZ 85004** | X | - | | | | X | X | X | 1,500,000.00 |
| Account No. | | | | | **10/2007**<br>**Loan** | | | | |
| **Robert Foote**<br>**28 N. First Street**<br>**Suite 2**<br>**Geneva, IL 60134** | | - | | | | | | | 50,000.00 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,647,831.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth Marie Eastwood**                                                    ,      Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Tayloe Associates, Inc.**<br>**253 W Bute St**<br>**Norfolk, VA 23510** | X | - | | | April 2007<br>Services | | | | 5,734.19 |
| Account No. **xxxxxx2803**<br><br>**Wash Mutual/Providian**<br>**Po Box 10467**<br>**Greenville, SC 29601** | | J | | | Opened  5/01/07  Last Active  6/19/08<br>Credit card purchases | | | | 6,693.00 |
| Account No.<br><br>**Xerox Corp**<br>**88188 Expedite Way**<br>**Chicago, IL 60695** | X | - | | | Claim for rent under copier lease with Eastwood-Stein | X | X | X | 43,220.00 |
| Account No.<br><br>**Zahn, Hall and Zahn, Ltd**<br>**c/o Lawrence Patish**<br>**110 Maycox Ave, Ste 11**<br>**Norfolk, VA 23505** | | - | | | 2007<br>None | | | X | 983.36 |
| Account No. | | | | | | | | | |

Sheet no. __**10**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 56,630.55 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 2,659,245.15 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Elizabeth Marie Eastwood**                                              ,                    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Elizabeth Marie Eastwood**                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Rexford Funding**<br>**2400 N Central Ave**<br>**Suite 101**<br>**Phoenix, AZ 85004** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Prime LaSalle/Madison Partners**<br>**5076 Paysphere Circle**<br>**Chicago, IL 60674** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **550 Corporate Ctr Investment Grp**<br>**550 West C St**<br>**San Diego, CA 92101** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **American Express**<br>**c/o Becket & Lee**<br>**PO Box 3001**<br>**Malvern, PA 19355** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Bank of America (MBNA)**<br>**P.O. Box 17220**<br>**Baltimore, MD 21297-1220** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **BTB Capital**<br>**Greg De Vries**<br>**33 N. 1st St, Suite A**<br>**Campbell, CA 95008** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **CDW**<br>**300 N. Milwaukee Ave**<br>**Vernon Hills, IL 60061** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **CIT Group**<br>**One CIT Dr**<br>**Livingston, NJ 07039** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **CIT VF Equipment Leasing**<br>**2285 Franklin Rd**<br>**Bloomfield Hills, MI 48302-0364** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Continental Offices**<br>**2700 River Rd**<br>**Des Plaines, IL 60018** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **De Lage Landen Financial Service**<br>**P.O. Box 41601**<br>**Philadelphia, PA 19101-1604** |

**4**

____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Elizabeth Marie Eastwood**

,                    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Dell Financial Srvcs**<br>**Payment Processing Ctr**<br>**4307 Collection Ctr Dr**<br>**Chicago, IL 60693** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **GE Capital Information Technology**<br>**10 Riverview Drive**<br>**Danbury, CT 06810** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Kackert Bros. Management**<br>**C/O James Jensen, Esq.**<br>**149 S. Lincolnway, Suite 200**<br>**North Aurora, IL 60542** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Ogden & Co**<br>**1665 N Water St**<br>**Milwaukee, WI 53202** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Pitney Bowes Bank**<br>**PO Box 856042**<br>**Louisville, KY 40285** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Xerox Corp**<br>**88188 Expedite Way**<br>**Chicago, IL 60695** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Holualo Mission Valley**<br>**c/o So Cal Real Est Service**<br>**15901 Redhill Ave, Ste 205**<br>**Tustin, CA 92780** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **American Express Centurion Srvs**<br>**American Express Tower**<br>**World Financial Center**<br>**New York, NY 10285** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Chase**<br>**Attn: Bankruptcy Dept**<br>**Po Box 100018**<br>**Kennesaw, GA 30156** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Chase**<br>**Attn: Bankruptcy Dept**<br>**Po Box 100018**<br>**Kennesaw, GA 30156** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Chase (United Mileage Plus)**<br>**Cardmember Services**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Elizabeth Marie Eastwood**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Discover Card**<br>**P.O. Box 30395**<br>**Salt lake City, UT 84130-0395** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Hamilton Communications**<br>**PO Box 555**<br>**Westbrook, CT 06498** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Level 3 Comunications**<br>**Broadwing Communications**<br>**PO Box 790036**<br>**Saint Louis, MO 63179-0036** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **PAETEC**<br>**600 Willowbrook Office Pk**<br>**Fairport, NY 14450** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Magna Principals**<br>**700 Commerce Dr, Ste 500**<br>**Oak Brook, IL 60523** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Tayloe Associates, Inc.**<br>**253 W Bute St**<br>**Norfolk, VA 23510** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Fissinger & Knight**<br>**C/O George P. Galanos**<br>**1301 N. Main Street**<br>**Crown Point, IN 46307** |
| **B.E.S.C.R., Inc.**<br>**8 E. Galena Blvd.**<br>**Aurora, IL 60505** | **Amatore & Associates**<br>**120 S. State St**<br>**Suite 400**<br>**Chicago, IL 60603** |
| **Peter Eastwood**<br>**2337 Wyckwood Dr**<br>**Aurora, IL 60506** | **Amcore Bank**<br>**Mortgage Services Center**<br>**P.O. Box 5452**<br>**Mount Laurel, NJ 08054-5452** |
| **Peter Eastwood**<br>**2337 Wyckwood Dr**<br>**Aurora, IL 60506** | **Washington Mutual**<br>**P.O. Box 78104**<br>**Phoenix, AZ 85062-8104** |
| **Peter Eastwood**<br>**2337 Wyckwood Dr**<br>**Aurora, IL 60506** | **Elan Financial Service**<br>**777 E Wisconsin Ave**<br>**Milwaukee, WI 53202** |
| **Peter Eastwood**<br>**2337 Wyckwood Dr**<br>**Aurora, IL 60506** | **Elan Financial Service**<br>**777 E Wisconsin Ave**<br>**Milwaukee, WI 53202** |

Sheet   **2**   of   **4**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Elizabeth Marie Eastwood**_____,   Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **Rexford Funding**<br>**2400 N Central  Ave**<br>**Suite 101**<br>**Phoenix, AZ 85004** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **Prime LaSalle/Madison Partners**<br>**5076 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **550 Corporate Ctr Investment Grp**<br>**550 West C St**<br>**San Diego, CA 92101** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **BTB Capital**<br>**Greg De Vries**<br>**33 N. 1st St, Suite A**<br>**Campbell, CA 95008** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **CIT Group**<br>**One CIT Dr**<br>**Livingston, NJ 07039** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **CIT VF Equipment Leasing**<br>**2285 Franklin Rd**<br>**Bloomfield Hills, MI 48302-0364** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **Continental Offices**<br>**2700 River Rd**<br>**Des Plaines, IL 60018** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **De Lage Landen Financial Service**<br>**P.O. Box 41601**<br>**Philadelphia, PA 19101-1604** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **Dell Financial Srvcs**<br>**Payment Processing Ctr**<br>**4307 Collection Ctr Dr**<br>**Chicago, IL 60693** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **GE Capital Information Technology**<br>**10 Riverview Drive**<br>**Danbury, CT 06810** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **Kackert Bros. Management**<br>**C/O James Jensen, Esq.**<br>**149 S. Lincolnway, Suite 200**<br>**North Aurora, IL 60542** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **Ogden & Co**<br>**1665 N Water St**<br>**Milwaukee, WI 53202** |

Sheet   **3**   of   **4**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Elizabeth Marie Eastwood**                                                    ,     Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **Pitney Bowes Bank**<br>**PO Box 856042**<br>**Louisville, KY 40285** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **Xerox Corp**<br>**88188 Expedite Way**<br>**Chicago, IL 60695** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **Holualo Mission Valley**<br>**c/o So Cal Real Est Service**<br>**15901 Redhill Ave, Ste 205**<br>**Tustin, CA 92780** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **PAETEC**<br>**600 Willowbrook Office Pk**<br>**Fairport, NY 14450** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **Magna Principals**<br>**700 Commerce Dr, Ste 500**<br>**Oak Brook, IL 60523** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **Tayloe Associates, Inc.**<br>**253 W Bute St**<br>**Norfolk, VA 23510** |
| **Steve Artstein**<br>**915 Huckleberry Rd**<br>**Northbrook, IL 60062** | **Amatore & Associates**<br>**120 S. State St**<br>**Suite 400**<br>**Chicago, IL 60603** |

Sheet   **4**   of   **4**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re   **Elizabeth Marie Eastwood**                                    Case No. _____

_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**11**<br>**13** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **President** | |
| Name of Employer | **B.E.S.C.R., Inc. dba Eastwood-Stein** | **None** |
| How long employed | **1996** | |
| Address of Employer | **8 E. Galena Blvd.**<br>**Aurora, IL 60505** | |

|  | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|   b. Insurance | $ 0.00 | $ 0.00 |
|   c. Union dues | $ 0.00 | $ 0.00 |
|   d. Other (Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance | | |
| (Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
| (Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re __Elizabeth Marie Eastwood_____     Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 2,560.81 |
| a. Are real estate taxes included? | Yes __X__ | No ___ | | |
| b. Is property insurance included? | Yes ___ | No __X__ | | |
| 2. Utilities:  a. Electricity and heating fuel | | | $ | 250.00 |
| b. Water and sewer | | | $ | 138.89 |
| c. Telephone | | | $ | 150.77 |
| d. Other __DirecTV (Satelite)_____ | | | $ | 107.92 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 100.00 |
| 4. Food | | | $ | 600.00 |
| 5. Clothing | | | $ | 200.00 |
| 6. Laundry and dry cleaning | | | $ | 30.00 |
| 7. Medical and dental expenses | | | $ | 200.00 |
| 8. Transportation (not including car payments) | | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 30.00 |
| 10. Charitable contributions | | | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 190.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 580.00 |
| d. Auto | | | $ | 212.42 |
| e. Other _____ | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) _____ | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other _____ | | | $ | 0.00 |
| c. Other _____ | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other __School Fees_____ | | | $ | 560.00 |
| Other _____ | | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,160.81 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b.   Average monthly expenses from Line 18 above | $ | 6,160.81 |
| c.   Monthly net income (a. minus b.) | $ | -6,160.81 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Elizabeth Marie Eastwood**

Debtor(s)

Case No.

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **30** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 27, 2008**

Signature   **/s/ Elizabeth Marie Eastwood**

**Elizabeth Marie Eastwood**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Elizabeth Marie Eastwood**                                      Case No. _____

                                                    Debtor(s)      Chapter   **7**   _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2008 B.E.S.C.R. Inc. - Company is defunct** |
| **$3,000.00** | **2007 B.E.S.C.R. Inc.** |
| **$149,807.76** | **2006 B.E.S.C.R. Inc. - Debtor only (does not include spouse's income)** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$50,000.00** | **Personal loan from Robert Foote, debtor's brother, in October 2007** |
| **$20,000.00** | **Personal loan from Edward Foote, debtor's father, in October 2007. Edward Foote continues to help by paying the debtor's mortgage and some other household bills until the debtor and her spouse can find employment.** |
| **$36,652.04** | **2006 Loans made by the debtor to B.E.S.C.R., Inc. -- $145,619.85**<br>**2006 Repayments by B.E.S.C.R., Inc. -- $36,652.04** |
| **$76,028.90** | **2007 Loans made by the debtor to B.E.S.C.R., Inc. -- $49,111.63**<br>**2008 Repayments by B.E.S.C.R., Inc. -- $76,028.90** |
| **$10,638.00** | **2008 Loans made by the debtor to B.E.S.C.R., Inc. -- $23,195.35**<br>**2008 Repayments by B.E.S.C.R., Inc. -- $10,638** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Tayloe Associates, Inc. v Elizabeth Eastwood, et al.** | **Collection** | **Norfolk General District Court, Chesapeake County, Virginia** | **Judgment entered** |
| **Zahn, Hall and Zahn, Ltd. v. Elizabeth Eastwood** | **Collection** | **Norfolk General District Court, Chesapeake County, Virginia** | **Pending** |
| **Prime LaSalle/Madison Partners, LLC v. Elizabeth Eastwood, et al. 07 L 011099** | **Collection** | **Circuit Court of Cook County, Illinois Chicago, Illinois** | **Judgment entered** |
| **Kackert Brothers Management, LLC, etc v. Elizabeth Eastwood, et al. 07 AR 933** | **Collection** | **Circuit Court of Kane County, Illinois Geneva, Illinois** | **Pending** |
| **Continental Offices, Ltd. v. B.E.S.C.R., Inc., et al. 08 M1-701670** | **Collection** | **Circuit Court of Cook County Chicago, Illinois** | **Pending** |
| **Fissinger & Knight Court Reporters v. Eastwood-Stein Reporting, et al. 45D09-0803-SC-00932** | **Collection** | **Lake Superior Court, County Div. III Crown Point, IN 46307** | **Pending** |
| **The CIT Group/Equipment Financing, Inc. v. B.E.S.C.R., Inc., et al. 08 CV 3020** | **Collection** | **United States District Court, Northern District of Illinois Chicago, Illinois** | **Pending** |
| **GE Capital Information Technology, Inc. v. B.E.S.C.R., Inc., et al. 07 L 007849** | **Collection** | **Circuit Court of Cook County Chicago, Illinois** | **Pending** |
| **American Express Centurion Svcs v. Elizabeth Eastwood** | **Collection** | **Circuit Court of Kane County Geneva, Illinois** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Holy Angels Church Aurora, IL 60506** | **None** | **Weekly** | **Approximately $10 per week; approximately $500 over the previous year** |

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Myler, Ruddy & McTavish 105 E. Galena Blvd. 8th Floor Aurora, IL 60505** | **July 22, 2008** | **$15,000 from the proceeds of the loan from Robert Foote as a retainer for services to be performed for B.E.S.C.R., Inc. and for this chapter 7 case. $11,000 has been previously applied to services rendered in connection with the financial matters of B.E.S.C.R., Inc. $4000 has retained for fees ($3500) and expenses ($500) in this Chapter 7 case.** |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Patrick Sheehan**<br>**314 North York Rd.**<br>**Elmhurst, IL 60126** | **July 2008; paid by Edward Foote on behalf of the debtor** | **$10000  as a retainer for services to be rendered in connection with the debtor's potential tax liability.** |

### 10.  Other transfers

None ☐   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Dale's Autoplex, Ltd.**<br>**634E Galena Blvd.**<br>**Aurora, IL 60505**<br>    **None** | **July 16, 2008** | **2000 Infinity Q45 with 82,000 miles sold for $4800.** |

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Old Second National Bank of Aurora**<br>**Aurora, IL 60507** | **Checking account xxx9986**<br>**Final balance $50** | **August 8, 2008** |
| **Amcore Bank**<br>**501 7th Street**<br>**P.O. Box 1537**<br>**Rockford, IL 61110-0037** | **Checking account xxx9200**<br>**Ending balance -- $83.04** | **August 2007** |
| **West Suburban**<br>**2000 W. Galena Blvd.**<br>**Aurora, IL 60507** | **Savings account xxx4022**<br>**Final balance -- $0** | **July 21, 2008** |

### 12.  Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

6

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **B.E.S.C.R., Inc.** | 36-4050822 | **8 E Galena Blvd. Aurora, IL 60505** | **Court reporting** | **1996 -2008** |
| **Eastwood-Stein LLC** | 26-0553736 | **8 E. Galena Blvd. Aurora, IL 60505** | **Court reporting** | **2007-2008** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Dennis Stachowiak 144 Augusta Drive Palos Heights, IL 60463** | **2005 - present** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Elizabeth Marie Eastwood** | **2337 Wyckwood** |
| **All are available.** | **Aurora, IL 60506** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **BTB Capital** | **February 2007** |
| **33 N. 1st St, Suite A** | |
| **Campbell, CA 95008** | |
| | |
| **Internal Revenue Service** | **August 2007** |
| **Special Procedures** | |
| **230 S. Dearborn, Mail Stop 5016CHI** | |
| **Chicago, IL 60604** | |

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 27, 2008**        Signature  **/s/ Elizabeth Marie Eastwood**

**Elizabeth Marie Eastwood**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Elizabeth Marie Eastwood**

Debtor(s)

Case No.

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Personal Residence 2337 Wyckwood Drive Aurora, Illinois  60506 Debtor's 50% interest** | **Amcore Bank** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **Personal Residence 2337 Wyckwood Drive Aurora, Illinois  60506 Debtor's 50% interest** | **Washington Mutual** | **Debtor will retain collateral and continue to make regular payments.** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date  **August 27, 2008**

Signature    **/s/ Elizabeth Marie Eastwood**
**Elizabeth Marie Eastwood**
Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Elizabeth Marie Eastwood** _____    Case No. _____

_____ Debtor(s)    Chapter   **7**   _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept.......................................................... | $ | **3,500.00** |
| Prior to the filing of this statement I have received............................................ | $ | **3,500.00** |
| Balance Due.......................................................................................................... | $ | **0.00** |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 27, 2008** _____    **/s/ G. Alexander McTavish** _____
                                                         **G. Alexander McTavish**
                                                         **Myler, Ruddy & McTavish**
                                                         **105 E. Galena Blvd.**
                                                         **8th Floor**
                                                         **Aurora, IL 60505**
                                                         **630-897-8475  Fax: 630-897-8076**
                                                         **amctavish@mrmlaw.com  cmyler@mrmlaw.com**

---

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

**G. Alexander McTavish**

Printed Name of Attorney

Address:
**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**
**630-897-8475**

X **/s/ G. Alexander McTavish**       **August 27, 2008**

Signature of Attorney        Date

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Elizabeth Marie Eastwood**

Printed Name(s) of Debtor(s)

Case No. (if known)

X **/s/ Elizabeth Marie Eastwood**       **August 27, 2008**

Signature of Debtor        Date

X

Signature of Joint Debtor (if any)       Date

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Elizabeth Marie Eastwood**

_____ Debtor(s)

Case No. _____

Chapter **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **73**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **August 27, 2008**

**/s/ Elizabeth Marie Eastwood**
**Elizabeth Marie Eastwood**
Signature of Debtor

Old  Second National Bank Visa
Cardmember Services
P.O. Box 790408
Saint Louis, MO 63179-0408


550 Corporate Ctr Investment Grp
550 West C St
San Diego, CA 92101


A & E Worldwide
1200 South Pine Island Road
Suite 600
Fort Lauderdale, FL 33324


Amatore & Associates
120 S. State St
Suite 400
Chicago, IL 60603


Amcore Bank
Mortgage Services Center
P.O. Box 5452
Mount Laurel, NJ 08054-5452


American Express
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355


American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355


American Express
c/o Becket and Lee
P.O. Box 3001
Malvern, PA 19355


American Express Centurion Srvs
American Express Tower
World Financial Center
New York, NY 10285

American Express Travel Related Srv
American Express Tower
World Financial Center
New York, NY 10285


Aurora Civic Ctr Auth
8 E. Galena Blvd.
Suite 230
Aurora, IL 60506


B.E.S.C.R., Inc.
8 E. Galena Blvd.
Aurora, IL 60505


Baker, Miller, Markoff & Krasny LLC
29 N. Wacker Dr., 5th Floor
Chicago, IL 60606


Bank of America
Business Card
PO Box 15710
Wilmington, DE 19886-5710


Bank of America (MBNA)
P.O. Box 17220
Baltimore, MD 21297-1220


BTB Capital
Greg De Vries
33 N. 1st St, Suite A
Campbell, CA 95008


California Dept of Revenue
EDD P.O. Box 826880
Sacramento, CA 94280


Cap One
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


Capital One
P.O. Box 5294
Carol Stream, IL 60197-5294

Cary G. Schiff
134 North LaSalle, #1135
Chicago, IL 60602


CBRE
Department 1125
Los Angeles, CA 90084-1125


CDW
300 N. Milwaukee Ave
Vernon Hills, IL 60061


Chase
Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156


Chase (United Mileage Plus)
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


CIT Group
One CIT Dr
Livingston, NJ 07039


CIT VF Equipment Leasing
2285 Franklin Rd
Bloomfield Hills, MI 48302-0364


Cline & Weiner
P.O. Box 5010
Woodland Hills, CA 91365


Continental Offices
2700 River Rd
Des Plaines, IL 60018


Daniel L. Collins, Esq.
Askounis & Borst, PC
180 N. Stetson, Suite 3400
Chicago, IL 60601

De Lage Landen Financial Service
P.O. Box 41601
Philadelphia, PA 19101-1604


Dell Financial Srvcs
Payment Processing Ctr
4307 Collection Ctr Dr
Chicago, IL 60693


Derzon & Menard SC
400 E. Wisconsin Ave
Suite 500
Milwaukee, WI 53202


Discover Card
P.O. Box 30395
Salt lake City, UT 84130-0395


Discover Financial
Attention:  Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Edward Foote
610 W. Downer Pl.
Aurora, IL 60506


Elan Financial Service
777 E Wisconsin Ave
Milwaukee, WI 53202


Fissinger & Knight
C/O George P. Galanos
1301 N. Main Street
Crown Point, IN 46307


GE Capital Information Technology
10 Riverview Drive
Danbury, CT 06810


Gemb/care Credit
Attn: Bankruptcy
Po Box 103106
Roswell, GA 30076

Hamilton Communications
PO Box 555
Westbrook, CT 06498

Holualo Mission Valley
c/o So Cal Real Est Service
15901 Redhill Ave, Ste 205
Tustin, CA 92780

HSBC/BSBuy
Po Box 15519
Wilmington, DE 19850

Illinios Dept. of Revenue
PO Box 19043
Springfield, IL 62794-9043

Internal Revenue Service
Special Procedures
230 S. Dearborn, Mail Stop 5016CHI
Chicago, IL 60604

J. Cory Faulkner
Law Office of Deborah S. Ashen
217 N. Jefferson St, Suite 600
Chicago, IL 60661

John J. O'Keefe, III
Outland Gray O'Keefe & Hubbard
112 Coastal Way
Chesapeake, VA 23320-4604

Kackert Bros. Management
C/O James Jensen, Esq.
149 S. Lincolnway, Suite 200
North Aurora, IL 60542

Kurt J Kolar
123 West Madison, Suite 1800
Chicago, IL 60602

Level 3 Comunications
Broadwing Communications
PO Box 790036
Saint Louis, MO 63179-0036

Magna Principals
700 Commerce Dr, Ste 500
Oak Brook, IL 60523


Mark Sigunick
McMahan & Sigunick
412 S Wells St, 5th Fl
Chicago, IL 60607


McCarthy, Burgess & Wolff
26000 Cannon Rd.
Bedford, OH 44146


Mendell Menges LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606


Mortgage Service Center
SBRP - 4001 Leadenhall Rd
Mount Laurel, NJ 08054


Ogden & Co
1665 N Water St
Milwaukee, WI 53202


Old Second National Bank MasterCard
Cardmember Services
P.O. Box 790408
Saint Louis, MO 63179-0408


PAETEC
600 Willowbrook Office Pk
Fairport, NY 14450


Peter Eastwood
2337 Wyckwood Dr
Aurora, IL 60506


Pitney Bowes Bank
PO Box 856042
Louisville, KY 40285


Prime LaSalle/Madison Partners
5076 Paysphere Circle
Chicago, IL 60674

Rexford Funding
2400 N Central Ave
Suite 101
Phoenix, AZ 85004


Robert Foote
28 N. First Street
Suite 2
Geneva, IL 60134


Robt C Thorn
Kimball Tiley & St John
1202 Kettner Blvd, 3rd Fl
San Diego, CA 92101


Ronald Damashek
55 W Monroe St, Ste 1200
Chicago, IL 60603


Steve Artstein
915 Huckleberry Rd
Northbrook, IL 60062


Steven J Kadison
Kamenear Kadison Shapiro & Craig
20 N Clark St, Ste 2200
Chicago, IL 60602


Steven N Kurtz
Levinson Arshonsky & Kurtz
15303 Ventura Blvd. Ste 1650
Sherman Oaks, CA 91403


Tayloe Associates, Inc.
253 W Bute St
Norfolk, VA 23510


Wash Mutual/Providian
Po Box 10467
Greenville, SC 29601


Washington Mutual
P.O. Box 78104
Phoenix, AZ 85062-8104

Washington Mutual Bank
Attn Bankruptcy Dept JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256


Xerox Corp
88188 Expedite Way
Chicago, IL 60695


Zahn, Hall and Zahn, Ltd
c/o Lawrence Patish
110 Maycox Ave, Ste 11
Norfolk, VA 23505